UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| SARAH L. BOWEN, etc., *et al.*, | ) | |
| Plaintiff, | ) | 2:09-cv-2083-PMP-RJJ |
| vs. | ) | |
| FORD MOTOR COMPANY, etc., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter was referred to the undersigned Magistrate Judge on a Stipulation For Extension of Discovery Plan and Scheduling Order (#35).

The Court having reviewed the Stipulation (#35) and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before October 15, 2010, the parties shall file a supplement to the Stipulation (#35). The supplement shall include specific dates for all remaining depositions. The Court will defer ruling on the Stipulation (#35) at this time.

DATED this  29th   day of September, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge