# ORIGINAL

1  Vaughn A. Crawford
   Nevada Bar No. 7665
2  Jay J. Schuttert
   Nevada Bar No. 8656
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   Email: vcrawford@swlaw.com
6  Email: jschuttert@swlaw.com

7  Attorneys for Defendant
   FORD MOTOR COMPANY

8
## UNITED STATES DISTRICT COURT
9
## DISTRICT OF NEVADA
10

| | |
|---|---|
| 11  SARAH L. BOWEN, as Guardian Ad Litem of JONAH C. BOWEN, a minor, | CASE NO. 2:09-cv-2083-PMP-RJJ |
| 12                   Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13  vs. | |
| 14  FORD MOTOR COMPANY, a Delaware corporation; DOES 1 through 20; and ROE BUSINESS ENTITIES 1 through 20, inclusive, | |
| 15 | |
| 16                   Defendants. | |
| 17 | |

18       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SARAH L.

19  BOWEN, as Guardian Ad Litem of JONAH C. BOWEN, a minor and Defendant FORD MOTOR

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

12578691



1   COMPANY, through their respective counsel of record, that the above matter be dismissed with

2   prejudice in its entirety with each party to bear their own costs and attorneys fees.

3   DATED this __17__ day of February, 2011.          DATED this __17__ day of February, 2011.

4       SNELL & WILMER L.L.P.                              BENSON & BINGHAM

5

6   By: _____          By: _____
        Vaughn A. Crawford, Esq.                         Joseph L. Benson, II, Esq.
7       Jay J. Schuttert, Esq.                           11441 Allerton Park Drive, Suite 100
        3883 Howard Hughes Pkwy., Ste. 1100              Las Vegas, NV 89135
        Las Vegas, NV 89169
8                                                        Attorneys for Plaintiff
        John R. Bibb, Jr., Esq. (*Pro Hac Vice*)
9       Robert F. Chapski, Esq. (*Pro Hac Vice*)
        LEWIS, KING, KRIEG
10       & WALDROP, P.C.
        424 Church Street, Suite 2500
11      P.O. Box 198615
        Nashville, TN 37219
12
        Attorneys for Defendant
13      FORD MOTOR COMPANY

14

15                          **ORDER**

16  IT IS SO ORDERED.

17  DATED this __ 18th day of February, 2011.

18

19                          _____
                            UNITED STATES DISTRICT COURT JUDGE
20

21  Prepared and Submitted by:
    SNELL & WILMER L.L.P.
22

23

24  Vaughn A. Crawford
    Nevada Bar No. 7665
25  Jay J. Schuttert
    Nevada Bar No. 8656
26  3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
27
    Attorneys for Defendant
28  FORD MOTOR COMPANY

12578691

-2-

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200